

FILED

06/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 06-0422

IN THE MATTER OF THE PETITION OF
ANDREW L. HOWELL

FILED

O R D E R  JUN 16 2020
Bowen Greenwood
Clerk of Supreme Court
State of Montana

Andrew L. Howell has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Howell passed the MPRE in 2002 when seeking admission to the practice of law in Utah, where he was admitted. Howell has subsequently been admitted to practice in Idaho, Arizona, Texas, and Wyoming. Howell has "18 years of practicing law ethically and without incident." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Andrew L. Howell to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 16 day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices